## MINUTE ENTRY

Location: ELKINS

UNITED STATES OF AMERICA

v.                                              Case No: 2:09CR14-02

BRUCE ALAN DAVIDSON, JR.

Hearing Date: 9/1/09

Judge: Magistrate Judge Kaull

1) Gvt/Plntf Attorney:   STEVE WARNER

2) Defense Attorney:   DEANNA PENNINGTON

Type of Hearing:   HEARING ON PETITION

Judge's Findings/Rulings:

Witnesses provide testimony and evidence is entered.

The Court gives its findings.   The Defendant is remanded to the custody of the USM pending further proceedings.   Defendant's pretrial release is revoked.

Pennington requests pretrial release with additional conditions.   Defendant's request is denied.